No. 07-18-00092-CR

| | | |
|---|---|---|
| Rito Gregory Lopez, Jr.<br> Appellant | § | From the 69th District Court<br> of Moore County |
| | § | |
| v. | | November 20, 2018 |
| | § | |
| The State of Texas<br> Appellee | § | Opinion by Chief Justice Quinn |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated November 20, 2018, it is ordered, adjudged and decreed that appellant's conviction of sexual assault be affirmed and that the judgment be reversed to the extent that it reflects a 25-year prison sentence. It is further ordered, adjudged and decreed that this cause is remanded to the trial court for a new punishment hearing.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o